```
                                                        FILED
                                                    IN CLERKS OFFICE
                    UNITED STATES DISTRICT COURT
                              for the              2004 MAY 26  P 12: 09
                      DISTRICT OF MASSACHUSETTS
                                                   U.S. DISTRICT COURT
                                                    DISTRICT OF MASS.
```

| | |
|---|---|
| JOAO MONTEIRO,  )<br>    Plaintiff )<br>)<br>V. )<br>)<br>MARINE TRANSPORT LINES, INC., )<br>    Defendant ) | **04  11113  PBS**<br><br>Civil Action<br><br>No. _____ |

### SEAMAN'S AFFIDAVIT

I, DAVID F. ANDERSON, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1.  The Plaintiff, JOAO MONTEIRO, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

                                  David F. Anderson
                                  Latti & Anderson LLP
                                  30-31 Union Wharf
Dated: 5/25/04                 Boston, MA 02109
                                  (617) 523-1000

### COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

    Subscribed and sworn to before me this 25th day of May, 2004

_____ My commission expires 9-22-06
Notary Public

