OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 JUN 22 P 12:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

JOAO MONTEIRO

V.

MARINE TRANSPORT LINES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11113 PBS

TO: (Name and address of Defendant)

MARINE TRANSPORT LINES, INC.

REGISTERED AGENT FOR SERVICE:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street, Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID F. ANDERSON
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **TONY ANASTAS**

DATE  MAY 26 2004

(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: June 8, 2004 at 1:35 p.m.

Service of the Summons and complaint was made by me(1) and Demand for Jury Trial

NAME OF SERVER *(PRINT)*  Lauren Golt

TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Marine Transport Lines, Inc., was effectuated by personally serving Gregory Borgese of The Corporation Trust Company, Registered Agent, at 1209 Orange St., Wilmington, DE 19801.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $57.50 | TOTAL $57.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 9, 2004
              Date

Signature of Server

National Legal Process Servers
2008 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806  (302) 429-0652
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.