UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11113-PBS

JOAO MONTEIRO
    Plaintiff,

VS.


MARINE TRANSPORT LINES, INC.
    Defendant.


**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned hereby certify that they have

conferred with regards to establishing a budget for costs

of conducting this litigation and the possible use of

Alternative Dispute Resolution programs and procedures.



**MARINE TRANSPORT LINES, INC.**          **CLINTON & MUZYKA, P.C.**



"/s/ Mary L. Cervati"                "/s/Terence G. Kenneally"
Mary L. Cervati                       Terence G. Kenneally
Marine Transport Corporation          BBO NO. 642124
100 Lighting, Suite 402               One Washington Mall
Secaucus, NJ  07094                   Suite 1400
                                      Boston, MA 02108
                                      (617)723-9165



Dated: August 16, 2004