UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11113-PBS

JOAO MONTEIRO
    Plaintiff,

VS.

MARINE TRANSPORT LINES, INC.
    Defendant.

**DEFENDANT'S SCHEDULING STATEMENT**

Now comes the defendant, Marine Transport Lines, Inc., in the above captioned action, by and through its undersigned counsel, after conferencing pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(D), and hereby file its proposed Scheduling Statement.

**I.   DISCOVERY**

The defendant proposes the following discovery plan:

A. All factual depositions and discovery completed by June 3, 2005.

B. Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before July 8, 2005.

C. Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before August 12, 2005.

2

D. All expert depositions to be completed by October 31, 2005.

E. Final Pretrial Conference to be scheduled after December 1, 2005.

## II. **MOTION SCHEDULE**

In addition to the above, the defendant proposes the following motion schedule.

A.   Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before September 30, 2004.

B.   Dispositive Motions to be filed October 31, 2005 with Oppositions filed within 21 days as set forth in the Local Rules of this Court.

## III. **CERTIFICATION**

The defendant hereby certifies that it has complied with the Local Rules and has filed its certification.

3

**IV.  TRIAL BY MAGISTRATE JUDGE**

   The defendant does not consent to trial by Magistrate Judge, at the present time.

**V.   SETTLEMENT**

   The plaintiff is in the process of tendering a written settlement demand to the defendant.

   **WHEREFORE**, the defendant prays that this Honorable Court approve the above proposed schedule.

                              Respectfully Submitted,

                              **DEFENDANT**

                              **CLINTON & MUZYKA, P.C**


                              **"/s/Terence G. Kenneally"**
                              **Thomas J. Muzyka**
                              **BBO NO: 365540**
                              **Terence G. Kenneally**
                              **BBO NO: 642124**
                              One Washington Mall
                              Suite 1400
                              Boston, MA  02108
                              (617) 723-9165

Dated: August 16, 2004