UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joao Monteiro
Plaintiff,

    V.            Civil Action Number
                 04-11113-PBS

Marine Transport Lines, Inc.
Defendant.              August 17, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 12/15/04

Plaintiff's expert designation deadline: 1/15/05

Defendant's expert designation deadline:1/30/05

Expert discovery deadline: 2/28/05

Final Pretrial Conference: 3/7/05 at 3:00 p.m.

Jury Trial:3/14/05 at 9:00 a.m.

Case to be referred to Mediation program: January, 2005

                 By the Court,

                 /s/ Robert C. Alba
                 Deputy Clerk