# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JOAO MONTEIRO,

    Plaintiff,

    v.                                                                                     CA. NO. 04-11113-PBS

MARINE TRANSPORT
LINES, INC.,

    Defendant.

## *NOTICE*

December 8, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **mediation** at **10:00 a.m., Wednesday, January 19, 2005,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. **All parties must be in attendance for this mediaton.** Leave of the court is required for any exceptions.

                                                     /s/ Marianne B. Bowler
                                                   **MARIANNE B. BOWLER**
                                                   Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**.