UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11113-PBS

**JOAO MONTEIRO**
　　**Plaintiff,**

VS.

**MARINE TRANSPORT LINES, INC.**
　　**Defendant.**

## JOINT MOTION TO CONTINUE THE ALTERNATIVE DISPUTE RESOLUTION HEARING

Now come the parties in the above captioned action, by and through their undersigned counsel, and respectfully move this Honorable Court to continue the Alternative Dispute Resolution Hearing currently scheduled for January 19, 2005 at 10:00 AM.

The parties have conferred with the Clerk of the Court and request that the Alternative Dispute Resolution Hearing be re-scheduled for 10:00 AM on January 31, 2005.

The plaintiff is currently out of the Commonwealth of Massachusetts and therefore, a continuance is necessary.

**WHEREFORE**, the parties pray that this Honorable Court grant this motion and approve the rescheduling of the Alternative Dispute Resolution Hearing.

Respectfully Submitted,

| | |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| **LATTI & ANDERSON, LLP** | **CLINTON & MUZYKA, P.C.,** |
| | |
| **"/s/David F. Anderson"** | **"/s/Terence G. Kenneally"** |
| **David F. Anderson** | Thomas J. Muzyka |
| **BBO No. _____** | **BBO NO. 365540** |
| 30-31 Union Wharf | **Terence G. Kenneally** |
| Boston, MA 02109 | **BBO NO. 642124** |
| 617-523-1000 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | 617-723-9165 |

Dated: JANUARY 18, 2005