**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>JOAO MONTEIRO</u>
    Plaintiff(s)

        v.

CIVIL ACTION NO. <u>04-11113-PBS</u>

<u>MARINE TRANSPORT LINES, INC.</u>
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

<u>TO JUDGE SARIS</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>January 31, 2005</u>, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:


<u>January 31, 2005</u>                <u>/s/ Marianne B. Bowler</u>
DATE                              ADR Provider
                                    <u>MARIANNE B. BOWLER ,U.S.M.J.</u>

(ADRreport.wpd - 4/12/2000)                      [adrrpt.]