**EXHIBIT "B"**

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

JOAO MONTEIRO,
    Plaintiff

v.

MARINE TRANSPORT LINES, INC.,
    Defendant

Civil Action

No. 04-11113-PBS

### RE-NOTICE OF DEPOSITION OF THE DEFENDANT PURSUANT TO F.R.Civ.P. 30(b)(6)

Please take notice that at 10:00 , AM, on Wednesday, February 16, , 2004, at the offices of Latti & Anderson LLP, 30 Union Wharf, Boston, MA 02109, the Plaintiff in the above captioned matter, pursuant to F.R.Civ.P. 30(b)(6), will take the deposition upon oral examination of the Defendant, Marine Transport Lines Inc, before Robert H. Lange & Co., Court reporters in and for the Commonwealth of Massachusetts or before some other officer authorized by law to administer oaths.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Defendant is requested to designate on or more persons to testify on its behalf regarding the following subjects:

1.    The manner in which the Defendant contends and/or understands the Plaitiff's injury to have occurred.

2.    The Defendant's Answers to Plaintiff's Interrogatories

3.    Any communications, statements and or admissions made by the Plaintiff to anyone concerning any issue of relevance in this case.

4.    The existence of and present location of any photographs of the compartment in which the Plaintiff was injured.

5.    The method in which the Defendant contends the welding job should have been performed.

6.    The claims and factual basis of Defendant's affirmative defenses.

7. The basis of Defendant's claim of contributory negligence.

8. The existence and present location of all accident reports relating to Plaintiff' injury.

You are invited to attend and cross-examine.

Respectfully Submitted
on behalf of the Plaintiff
Joao Montiero

*/s/ David F. Anderson*

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 2/8/05

### Certificate of Service

I, David F. Anderson, counsel for the Plaintiff hereby certify that the above pleading was served upon Counsel for the Defendant on the below dates by the below method of service.

Fax: ( )

Overnight Mail ( )

1st Class Mail ( )

Dated:

_____
David F. Anderson

2