UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11113-PBS

JOAO MONTEIRO
    Plaintiff,

VS.

MARINE TRANSPORT LINES, INC.
    Defendant.

## JOINT MOTION TO CONTINUE THE TRIAL DATE

Now come the parties, in the above captioned action, by and through their undersigned counsel and hereby file their Motion to Continue the Trial Date.

I. **Background**

On August 17, 2004, the parties appeared for the Scheduling Conference before Judge Saris who scheduled a jury trial to commence on March 14, 2005. In addition, Judge Saris ordered the parties to Mediation which was conducted on January 31, 2005 before Magistrate Judge Bowler. The parties were unable to settle this matter at Mediation.

After conferencing, the parties request that this Honorable Court continue the trial date beginning the week of March 14, 2005. A new trial date to commence on either April 4, 2005 or April 11, 2005 should enable the parties,

their counsel and their witnesses to attend the trial. Currently, the defendant's counsel, medical expert witness and company representative have scheduling conflicts on the trial date of March 14, 2005.  After discussing the situation with plaintiff's counsel, he agreed to continue the trial date until such a time as to allow all participants to attend the proceeding.  The parties submit that the plaintiff's case will not be prejudiced if this Honorable Court schedules a new trial date to commence on either April 4, 2005 or April 11, 2005.

**WHEREFORE**, the parties pray that this Honorable Court grant their Motion to Continue the Trial Date to commence on either April 4, 2005 or April 11, 2005.

Respectfully Submitted,
| | |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| **LATTI & ANDERSON, LLP** | **CLINTON & MUZYKA, P.C.,** |
| | |
| "/s/David F. Anderson" | "/s/Terence G. Kenneally" |
| **David F. Anderson** | **Thomas J. Muzyka** |
| BBO No. _____ | BBO NO. 365540 |
| 30-31 Union Wharf | **Terence G. Kenneally** |
| Boston, MA 02109 | BBO NO. 642124 |
| 617-523-1000 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | 617-723-9165 |

Dated: March 2, 2005