# CLINTON & MUZYKA, P.C.

ATTORNEYS AT LAW

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
   Of Counsel

*Also admitted in RI
**Also admitted in NH

March 10, 2005

TELEPHONE
(617) 723-9165

FACSIMILE
(617) 720-3489

E-MAIL:
c&m@clinmuzyka.com

United States District Court
One Courthouse Way, Suite 6130
Boston, MA  02210

Attention:   District Judge Patti B. Saris

RE:   Joao Monteiro vs. Marine
      Transport Lines, Inc.
      Civil Action No: 04-11113-PBS

Dear Judge Saris:

   We refer to your order of March 9, 2005, concerning scheduling the deposition of the defendant's medical expert, and wish to report that while conferencing with Doctor Edward Nalebuff, concerning his availability to attend the video deposition on Friday, March 11, 2005, he advised the undersigned that he will now be available to testify in person at trial. Due to emergency family reasons, he has canceled his trip. After receiving the Court's Order via email yesterday at 2:30 p.m., we spoke with Dr. Nalebuff on or around 4:30 p.m. Consequently, conducting Dr. Nalebuff's video deposition is unnecessary. We have advised the plaintiff's counsel of these developments and Dr. Nalebuff will be available to testify at trial on Wednesday, March 23rd at 9:00 a.m.

Respectfully submitted,

Terence G. Kenneally

CC: David F. Anderson