UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11113-PBS

JOAO MONTEIRO
    Plaintiff,

VS.

MARINE TRANSPORT LINES, INC.
    Defendant.

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate and agree pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the plaintiff's Complaint be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 18th day of March, 2005.

| PLAINTIFF | DEFENDANT |
|---|---|
| LATTI & ANDERSON, LLP | CLINTON & MUZYKA, P.C. |
| *[signature]* | *[signature]* |
| David F. Anderson | Thomas J. Muzyka |
| BBO No. 560994 | BBO NO. 365540 |
| 30-31 Union Wharf | Terence G. Kenneally |
| Boston, MA 02109 | BBO NO. 642124 |
| 617-523-1000 | One Washington Mall |
|  | Suite 1400 |
|  | Boston, MA 02108 |
|  | 617-723-9165 |